AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARIANO ENRIQUE CORONEL
ESMERAL,

Petitioner,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER:

5:26-cv-109

WARDEN, FOLKSTON ICE
PROCESSING CENTER,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 12, 2026, Petitioner's 28 U.S.C. § 2241 petition is granted in part. Therefore, Respondent is ordered to provide Petitioner with a bond hearing within seven days and to comply with the immigration judge's conclusions.  This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_____ Febry 17, 2026 _____
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk